UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 7-ELEVEN, INC., <br><br>       Plaintiff, <br><br> - against - <br><br>LAKEVILLE CONCEPTS, INC. <br>and SHAHID RASUL, <br><br>       Defendants. | No. 1:13-cv-01380-RRM-MDG <br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
          ): ss.:
COUNTY OF NEW YORK )

  Anthony Arnold, being duly sworn, says:

  1. I am over the age of eighteen years, am not a party to this action and reside in Queens, New York.

  2. On the 16 day of April, 2013, I caused to be served copies of the following:

   1. Amended Order to Show Cause for (A) A Preliminary Injunction, (B) Seizure (Replevin) and (C) A Temporary Restraining Order signed by the Hon. Roslynn R. Mauskopf;

   2. Plaintiff's Notice of Motion;

   3. Declaration of Scott Teachenor in Support of Plaintiff's Motion for (A) A Preliminary Injunction, (B) Seizure (Replevin) and (C) A Temporary Restraining Order,. together with the Exhibits thereto; and

   4. Plaintiff's Memorandum of Law In Support of Its Motion for A Preliminary Injunction (A) Enjoining Defendants from Using 7-Eleven's Trademarks and (B) Permitting 7-Eleven to Replevy Its Secured Inventory.

The package, which was addressed to:

  Shahid Rasul
  13-29 Michael Place
  Bayside, New York 11360

was left on the desk of the Security Guard at the gate of the community. The Security Guard refused to accept service.

   3. An additional copy of the foregoing documents was sent by Federal Express, pre-paid, at the above addresses of defendants, by depositing same in a post-office or official depository under the exclusive care and custody of Federal Express within the State of New York.

_____
ANTHONY ARNOLD

Sworn to before me this
____ day of April 2013

_____
NOTARY PUBLIC

ONIKA D. MCLEAN
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01MC6133503
My Comm. Exp. 09/19/20__

2