**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

STEPHEN SUSSMAN
PARTNER
DIRECT DIAL: 212-692-1084
E-MAIL: ssussman@duanemorris.com

www.duanemorris.com

July 16, 2013

VIA FACSIMILE AND ECF

Hon. Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *7-Eleven, Inc. v. Lakeville Concepts, Inc., et al.*
     **No. 1:13-cv-01380-RRM-MDG**

Dear Judge Mauskopf:

    We represent 7-Eleven, Inc. in the above-referenced action. This will confirm my oral advice to Your Honor's Chambers that the case has been settled. Such settlement is to be memorialized in a written agreement between the parties.

    Accordingly, the parties jointly request the entry of a customary 60-day Order.

Respectfully,

Stephen Sussman

SS/ap
cc (by email): Patrick J. Sullivan, Esq.