UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

7-ELEVEN, INC.,

        Plaintiff,

    v.

LAKEVILLE CONCEPTS, INC. and SHAHID RASUL,

        Defendants.

No. 1:13-cv-01380-RRM-MDG

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and the attorneys of record for defendants, that the above-entitled action (the "Action"), be, and the same hereby is, settled and dismissed with prejudice, without fees or costs to any of the aforesaid parties as against the other(s), upon the terms of a Settlement Agreement between the parties.

This Stipulation may be executed in counterparts by facsimile or by email (PDF). Faxed signatures on this Stipulation and signatures transmitted by email are considered as originals.

DM1\4267409.1

Dated:   November 22, 2013

| | |
|---|---|
| **LAW OFFICES OF PATRICK J. SULLIVAN, PLLC** | **DUANE MORRIS LLP** |
| By: _____[signature]_____<br>Patrick J. Sullivan<br>92 Willis Avenue, Second Floor<br>Mineola, New York  11501<br>Phone: (516) 342-1248<br>Fax:  (516) 747-9405<br>E-mail:  lawofficespjs1@optonline.net<br><br>*Attorneys for Defendants* | By: _____[signature]_____<br>Stephen Sussman<br>E-mail: ssussman@duanemorris.com<br>Susan V. Metcalfe -<br>Email: svmetcalfe@duanemorris.com<br>1540 Broadway<br>New York, NY 10036-4086<br>Telephone: 212 692 1000<br>Fax: 212 692 1020<br><br>*Attorneys for Plaintiff, 7-Eleven, Inc.* |

**SO ORDERED:**

October _____, 2013

_____
HON. ROSLYNN R. MAUSKOPF, U.S.D.J.